UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVEN HERNANDEZ, Plaintiff, v. FEDEX GROUND PACKAGE SYSTEM, INC., Defendant. | Case No. 17-cv-02074-VC **ORDER RE IMPACT OF RECENT DECISION** Re: Dkt. Nos. 47, 51 |
|---|---|

The parties are each ordered to file a brief of not more than 5 pages explaining why the discount included in the proposed settlement is appropriate in light of the California Supreme Court's recent decision in *Troester v. Starbucks Corp.*, No. S234969, 2018 WL 3582702 (Cal. July 26, 2018). The briefs are due within 7 days of this order.

**IT IS SO ORDERED.**

Dated: August 2, 2018

VINCE CHHABRIA
United States District Judge