UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>        Defendant. | Case No. 17-cv-02074-VC<br><br>**ORDER RE HEARING ON MOTION FOR PRELIMINARY APPROVAL** |

At the May 2, 2019, hearing, the parties should be prepared to discuss the following:

- What is the status of *Anderson v. FedEx Ground Package System*, 18-cv-0907?

- The Complaint includes claims for both failure to pay minimum wage and failure to pay overtime wages. Is the estimated liability exposure for off-the-clock security checks intended to encompass both of those claims?

- The parties increased the settlement by 19% to account for the additional time elapsed between March 13, 2018, and December 5, 2018. Should that increase instead account for the time elapsed between March 13, 2018, and the revised preliminary approval date?

Counsel for the plaintiff must serve this order on counsel for the plaintiff in the *Anderson* case by fax and email, and must file a proof of service by noon on May 1, 2019.

**IT IS SO ORDERED.**

Dated: April 30, 2019

_____
VINCE CHHABRIA
United States District Judge